United States Bankruptcy Court
Eastern District of Tennessee

| | |
|---|---|
| In re: | Case No. 20-32684-SHB |
| Anthia Kay Hendrix | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0649-3 | User: harpern | Page 1 of 1 |
| Date Rcvd: Jan 06, 2021 | Form ID: pdfbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: akh129@yahoo.com | Jan 06 2021 20:47:00 | Anthia Kay Hendrix, 107 Flenniken Ave, Apt 201, Knoxville, TN 37920-2681 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2021 20:48:00 | Internal Revenue Service, P. O. Box 21126, Philadelphia,, PA 19114 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| F. Scott Milligan | tn08@ecfcbis.com  fsmilligan@outlook.com |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |
| William E. Maddox, Jr. | on behalf of Creditor Jennifer Chadwell wem@billmaddoxlaw.com  jnj@billmaddoxlaw.com;r52783@notify.bestcase.com |

TOTAL: 3

**SO ORDERED.**
**SIGNED this 6th day of January, 2021**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**



_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

ANTHIA KAY HENDRIX
aka ANTHEA KAY HENDRIX
fka LL CURTIS

Case No. 3:20-bk-32684-SHB
Chapter 7

        Debtor

## O R D E R

Debtor, *pro se*, filed this Chapter 7 case on December 7, 2020, and has subsequently filed a number of amendments, motions, and notices. Notwithstanding the requirements and provisions of General Order 2020-07 and communications with the Deputy Clerk via email and telephone concerning the proper procedures for filing documents, Debtor has filed all of her documents via email rather than United States Mail, even though such filings do not appear to be emergency filings; has failed to send hard copies of her filings to the Clerk's office through regular mail; has questioned the Clerk's office's requirements concerning filings received from Debtor; and has failed to comply with the Local Rules of this Court and the Federal Rules of Bankruptcy Procedure. On December 23, 2020, the Court entered an Order directing that "[a]ny future motions and orders

filed by Debtor shall be filed in compliance with the Local Rules for this Court." [Doc. 20.] Debtor's filings since December 23, 2020, have continued to violate General Order 2020-07 and the Local Rules.

Accordingly, based on Debtor's repeated filings that are not in compliance with General Order 2020-07 and the Local Rules, as well as the procedures provided to Debtor on numerous occasions by the Deputy Clerk, the Court directs the following:

1. All filings by Debtor in this case shall comply with General Order 2020-07 (Interim Bankruptcy Procedures for Parties Not Represented by an Attorney; Cash No Longer Accepted for Payment of Fees) which provides, in material part, that:

> 2. Individuals not represented by an attorney ("pro se parties") may file papers with the court in the following ways:
>
>> a. By United States mail, postage prepaid, addressed to the clerk of the court at the appropriate divisional office (information concerning divisional offices are listed in paragraph 7 below and on the court's website at www.tneb.uscourts.gov). The filer must include contact information such as an email address or phone number, and enclose a cashier's check or money order (no cash or personal checks) made payable to the United States Bankruptcy Court Clerk in payment of any fee due for the filing of the document except when an application to pay the filing fee in installments or for waiver of the filing fee has been filed.
>>
>> b. ***For emergency filings only***—
>>
>> <u>By email to the clerk of court at</u>:
>>
>> . . . .
>>
>> TNEBml_Knox_Case_Administrators@tneb.uscourts.gov
>> (for cases filed or to be filed in Knoxville).
>>
>> <u>By fax to the clerk of court at</u>:
>>
>> . . . .
>>
>> (865) 545-4271 (for cases filed or to be filed in Knoxville).

> The email or fax must include the filer's full name, email address, and phone number. Documents attached to an email for filing must be in a pdf format and duly signed or verified as required. The clerk of court will manually stamp the documents "filed" as of the date and time the email or fax was received and respond by email or telephone during normal business hours to confirm receipt. ***Within 7 days after emailing or faxing a document for emergency filing, the individual filer must deposit the original document with a hand-written signature into the United States mail, postage prepaid, addressed to the clerk of court at the appropriate divisional office***, and include a cashier's check or money order (no cash or personal checks) made payable to the United States Bankruptcy Court Clerk in payment of any fee due for the filing of the document except when an application to pay the filing fee in installments or for waiver of the filing fee has been filed.
>
> . . . .
>
> 4. ***Documents submitted by United States mail, email, fax, or hand-delivery are deemed filed as of the date and time they are received by the clerk of the court unless the filer is informed otherwise***. Filings will be processed during regular business hours. If there is any question whether a filing has been received, the filer should contact the appropriate divisional office. For emergency filings by email or fax, the filer should maintain proof of the transmission in the event there is a technical error related to the filing.

General Order 2020-07 (emphasis added).

2. Because email filings are reserved solely for emergency filings, unless there is a hearing pending or some other emergent circumstance that would not allow time for filing documents via United States Mail, Debtor shall not submit documents for filing to the Clerk's office other than by regular United States Mail.

3. Because Docs. No. 22, 23, 26, 27, and 28 filed by Debtor do not comply with E.D. Tenn. LBRs 9013-1(f) and 9013-3 or Federal Rules of Bankruptcy Procedure 7004(b) and 9014(b) and (c), they are hereby DENIED without prejudice.

4. For each document filed by Debtor in this case by email to the Clerk's office (except for document numbers 13, 22, 23, 26, 27, and 28), Debtor must provide the original documents with hand-written signatures by sending them United States mail, postage prepaid, addressed to

the Clerk of Court at the appropriate divisional office for receipt no later than January 15, 2021.

5. **Notwithstanding that Debtor is acting *pro se*, failure to comply with the Orders, Local Rules, and the Federal Rules of Bankruptcy Procedure may result in *sua sponte* denial of future relief sought by Debtor without further notice or hearing.**

###